Decided April 12, 2007

---

WEBSTER BANK *v.* DANIEL MICHAELESCO ET AL.

The petition by the defendant Ortansa Michaelesco for certification for appeal from the Appellate Court is denied.

*Ortansa Michaelesco*, pro se, in support of the petition.

*Christopher Lagano*, in opposition.

Decided April 12, 2007